No. 1369. INSTITUTIONAL GROUP FOR BOSTON TERMINAL BONDS *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. June 23, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Joseph B. Ely* for petitioners in No. 1368. *Henry W. Anderson, Lewis F. Powell, Jr.* and *Curtiss K. Thompson* for petitioners in No. 1369. *John W. Davis, Edwin S. S. Sunderland, Judson C. McLester, Jr., John L. Hall, James Garfield, George E. Beers, Edmund Ruffin Beckwith, Fred N. Oliver, Willard P. Scott, M'Cready Sykes, H. C. McCollom, Edward E. Watts, Jr.* and *Jesse E. Waid* for respondents. With them on the brief in No. 1368 was *John E. Masten. Acting Solicitor General Washington* and *W. Meade Fletcher* filed a memorandum for the Reconstruction Finance Corporation. Reported below: 161 F. 2d 413.

No. 1385. NEWMAN *v.* COMMISSIONER OF INTERNAL REVENUE. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Leonard G. Bisco* for petitioner. *Acting Solicitor General Washington, Sewall Key, Robert N. Anderson* and *Hilbert P. Zarky* for respondent.

No. 1415. COLLINS ET AL. *v.* UNITED STATES ET AL. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Edward M. Box* for petitioners. *Thos. W. Champion* and *Louis A. Fischl* for Collins, respondent.

No. 1420. D. M. PICTON & Co., INC. *v.* EASTES ET AL. June 23, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *M. A.*